IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TTI CONSUMER POWER TOOLS, INC., TECHTRONIC POWER TOOLS TECHNOLOGY LIMITED, and TECHTRONIC CORDLESS GP,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC.,<br><br>Defendant. | Case No. _____<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, TTI Consumer Power Tools, Inc., Techtronic Power Tools Technology Limited, and Techtronic Cordless GP, by their undersigned counsel, hereby disclose the following:

1. For TTI Consumer Power Tools, Inc., Techtronic Power Tools Technology Limited, and Techtronic Cordless GP, the parent companies and/or entities that own 10% or more of their interests are: Techtronic Industries Company, Ltd., Techtronic Industries North America, Inc., Gainful Plan Trading Ltd., and TTI Finance Ltd.

2. The full name of all law firms whose attorneys will appear, or are expected to appear, for the parties in this Court is Morgan, Lewis & Bockius LLP.

Dated: May 23, 2022

**MORGAN, LEWIS & BOCKIUS LLP**

<u>/s/ *Amy M. Dudash*</u>
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: 302.574.3000
Facsimile: 302.574.3001
amy.dudash@morganlewis.com

Jason C. White (*pro hac vice* application forthcoming)
Nicholas A. Restauri (*pro hac vice* application forthcoming)
Eugene S. Hwangbo (*pro hac vice* application forthcoming)
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Telephone: 312.324.1000
Facsimile: 312.324.1001
jason.white@morganlewis.com
nicholas.restauri@morganlewis.com
eugene.hwangbo@morganlewis.com

*Attorneys for Plaintiffs TTI Consumer Power Tools, Inc., Techtronic Power Tools Technology Limited, and Techtronic Cordless GP*