IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TTI CONSUMER POWER TOOLS, INC., TECHTRONIC POWER TOOLS TECHNOLOGY LIMITED, and TECHTRONIC CORDLESS GP, <br><br> Plaintiffs, <br><br> v. <br><br> LOWES HOME CENTERS LLC, <br><br> Defendant. | C.A. No. 22-cv-673-CFC |

**LOWE'S HOME CENTERS LLC'S MOTION TO STAY PENDING *EX PARTE* REEXAMINATION OF U.S. PATENT NO. 10,837,451**

Defendant Lowe's Home Centers LLC ("Lowe's" or "Defendant") hereby moves to stay proceedings in this case pending final resolution of *ex parte* reexamination proceedings involving all claims of the only patent-in-suit. The grounds for this motion are set forth in Defendant's opening brief, and supporting declarations, submitted herewith. A proposed order and a certification pursuant to D. Del. LR 7.1.1 are attached hereto.

Dated: July 27, 2022

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801

Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

James L. Etheridge (admitted *pro hac vice*)
Ryan S. Loveless (admitted *pro hac vice*)
Travis L. Richins (admitted *pro hac vice*)
Etheridge Law Group
2600 East Southlake Blvd,
Suite 120-324
Southlake, TX 76092
jim@etheridgelaw.com
ryan@etheridgelaw.com
travis@etheridgelaw.com

*Attorneys for Defendant Lowe's Home Centers LLC*